IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS CAIN LEWIS                                                                                      PETITIONER

v.                                         Case No.  4:24-cr-4022

DEXTER PAYNE, Director of the
Arkansas Division of Correction                                                                        RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Judge Bryant recommends that the Court deny and dismiss without prejudice Travis Cain Lewis's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254  ECF No. 1.  Respondent has filed an objection, arguing that the dismissal should be with prejudice because Lewis's claims are procedurally defaulted.  Lewis has not filed objections, but he did file a motion to dismiss his case (ECF No. 12), in which he acknowledges that he has not exhausted all available state court remedies.  ECF No. 12.

Upon review, the Court **ADOPTS** the Report and Recommendation (ECF No. 10) in part. The Court finds that Lewis's claims should be dismissed but agrees with Respondent that the claims should be dismissed with prejudice, because they are procedurally defaulted.  *See Welch v. Lund*, 616 F.3d 756, 760 (8th Cir. 2010) (failure to properly exhaust state court remedies results in procedural default if state procedural rules preclude any further attempts at exhaustion). Accordingly, Lewis's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or

deny a certificate of appealability. *See* Rule 11, Rules Governing § 2255 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). To make such a showing, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In this case, the Court finds no issue on which Lewis has made a substantial showing of a denial of a constitutional right. Accordingly, the Court will not issue a certificate of appealability in this matter.

**IT IS SO ORDERED**, this 25th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge